# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| KEITH ELMO DAVIS, | ) | |
| --- | --- | --- |
| Petitioner, | ) | |
| v. | ) | No. CIV 08-235-JHP-KEW |
| JUSTIN JONES, DOC Director, | ) | |
| Respondent. | ) | |

## ORDER AND OPINION
## DENYING CERTIFICATE OF APPEALABILITY

Petitioner has filed a notice of intent to appeal the court's order entered October 20, 2010, denying his petition for a writ of habeas corpus. After a careful review of the record, the court concludes petitioner has failed to make a "substantial showing of the denial of a constitutional right," as required by 28 U.S.C. § 2253(c)(2). The court further finds petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

ACCORDINGLY, petitioner is denied a certificate of appealability.

**IT IS SO ORDERED** this 30th day of November 2010.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma